01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>         v.                                           )<br>                                                          )<br> DANIEL JOSEPH GARRIS,           )<br>                                                          )<br>            Defendant.                       )<br> _____ ) | Case No.  CR06-096-JCC<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

15    An evidentiary hearing on a petition for violation of supervised release in this case

16  was scheduled before the undersigned Magistrate Judge on June 22, 2007.  The United States

17  was represented by Assistant United States Attorney, Ms. Karyn Johnson, and the defendant

18  by Ms. Jennifer Wellman.  The proceedings were recorded on cassette tape.

19    The defendant had been charged and convicted of Mail Theft.   On or about June 13,

20  2007, defendant was sentenced by the Honorable John C. Coughenour to a term of 122 days

21  in custody, which had been served by defendant at the time of sentencing, followed by three

22  (3) years of supervised release.

23    In addition to the standard conditions of supervised release, which includes

24  compliance with all local, state, and federal laws, special conditions of supervised release

25  were imposed.  These special conditions included, but were not limited to, mental-health and

26  substance-abuse treatment programs, financial disclosure, restitution in the amount of

$2,471.25, consent to search; must possess a valid ID; and 90 days of home confinement.

In a Petition for Warrant or Summons for Offender Under Supervision dated May 17, 2007, Mr. Christopher S. Luscher, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1) Using methamphetamine on or about April 27, May 5, and May 14, 2007, in violation of standard condition No. 7.

(2) Using cocaine on or about March 1, and May 14, 2007, in violation of standard condition No. 7.

(3) Using marijuana on or about March 1, 2007, in violation of standard condition No. 7.

(4) Using alcohol on or about May 5, 2007, in violation of the special condition requiring his abstinence from alcohol.

(5) Failing to appear for urinalysis testing on May 7, 2007, in violation of the special condition requiring him to submit to urinalysis testing to determine if he has reverted to the use of drugs.

(6) Associating with a person convicted of a felony, on or about May 14, 2007, in violation of standard condition No. 9.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1 through 5. Alleged violation number 6 was withdrawn and dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation numbers 1 through 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on September 14, 2007, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 22nd day of June, 2007.

                                                  *James P. Donohue*
                                                  _____
                                                  JAMES P. DONOHUE
                                                  United States Magistrate Judge

cc:   District Judge:         The Hon. John C. Coughenour
     AUSA:                   Ms. Karyn S. Johnson
     Defendant's attorney:   Ms. Jennifer E. Wellman
     Probation officer:      Mr. Christopher S. Luscher

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3