UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL JOSEPH GARRIS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR06-96-JCC <br><br> SUMMARY REPORT OF U.S. <br> MAGISTRATE JUDGE AS TO <br> ALLEGED VIOLATION <br> OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 28, 2007. The United States was represented by Assistant United States Attorney Karyn S. Johnson, and the defendant by Ms. Jennifer E. Wellman. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Mail Theft in violation of 18 U.S.C. § 1708. On or about June 13, 2006, defendant was sentenced by the Honorable John C. Coughenour to one hundred twenty-two (122) days in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $2,471.25 restitution, consent to search and seizure, must possess valid identification and 90 days home confinement.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATION
OF SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons dated September 17, 2007, and a Violation Report and Request for Warrant to be Filed Under Seal dated September 17, 2007, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

(1) Consuming marijuana on or before September 12, 2007, in violation of standard condition No. 7.

(2) Failing to comply with the home confinement program since September 8, 2007, in violation of the special condition requiring that he participate in the home confinement program with electronic home monitoring as directed by the probation officer for a period of 120 days.

On September 28, 2007, defendant made his initial appearance and was advised of the allegations, and advised of his rights. Defendant admitted to Violation 1. As to Violation 2, defendant admitted to failing to comply with the home confinement program "on" September 8, 2007. The government acknowledged that the violation should be amended to delete the word "since" and substitute the word "on." Defendant waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to Violations 1 and 2, as amended, and that the Court conduct a hearing limited to disposition. A disposition hearing has not yet been set before the Honorable John C. Coughenour.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 1st day of October, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable   John C. Coughenour
      AUSA:                   Ms. Karen S. Johnson
      Defendant's attorney:   Ms. Jennifer E. Wellman
      Probation officer:      Ms. Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATION
OF SUPERVISED RELEASE
PAGE 3