UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH GARRIS,<br><br>Defendant. | CASE NO. CR 06-96JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 16, 2007. The United States was represented by Karyn Johnson. The defendant was represented by Paula Deutsch for Jennifer Wellman. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Mail Theft on or about June 13, 2006. The Honorable John C. Coughenour of this court sentenced Defendant to one hundred and twenty-two days of confinement, followed by three years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Angela McGlynn alleged in a supplemental violation report filed with the Court that the defendant violated the conditions of supervised release in one respect:[1]

> (3) Failing to comply with the home confinement program on or about October 5, 2007, in violation of the special condition requiring he participate in the home confinement program with electronic home monitoring as directed by the probation officer for a period of one hundred and twenty days.

I advised the defendant of the charge and of his constitutional rights. At today's hearing the defendant admitted violation number three, waived any hearing as to whether it occurred and consented to having the matter set for a disposition hearing before the Honorable John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that the defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

The defendant has been detained pending a final determination by the court.

DATED this 17th day of October, 2007.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. John C. Coughenour
    Assistant U.S. Attorney  : Karyn Johnson
    Defense Attorney         : Jennifer E. Wellman
    U. S. Probation Officer  : Angela M. McGlynn

---

[1] The report adds a violation to another matter set for dispositon on Decemeber 7, 2007.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-